# MASTIHA Artisan Greek Bakery

## Balance Sheet
### As of August 30, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Bill.com Money In Clearing | 0.00 |
|       Bill.com Money Out Clearing | 0.00 |
|       M&T Checking 8697 | -57,023.89 |
|       Paypal | 0.00 |
|       Paypal #2 | 0.00 |
|       Truist Checkingxxxxxx2020 | -10,867.42 |
|       Truist Money Market#9913 | 0.00 |
|     **Total Bank Accounts** | **$ -67,891.31** |
|     **Accounts Receivable** | |
|       Accounts Receivable | 40.00 |
|     **Total Accounts Receivable** | **$40.00** |
|     **Other Current Assets** | |
|       Advance to Vendors | 0.00 |
|       Cash Clearing | 0.00 |
|       Deferred Interest | 2,872.22 |
|       Inventory Asset | -1,309.34 |
|       Security Deposit | 2,600.00 |
|       Uncategorized Asset | -61.15 |
|       Undeposited Funds | 0.00 |
|     **Total Other Current Assets** | **$4,101.73** |
|   **Total Current Assets** | **$ -63,749.58** |
|   **Fixed Assets** | |
|     Accumulated Depreciation | -26,524.00 |
|     Branding Expenditure | 0.00 |
|     Furniture & Equipments | 177,840.10 |
|     Leasehold Improvements | 36,572.50 |
|     Vehicles | 11,999.92 |
|   **Total Fixed Assets** | **$199,888.52** |
|   **Other Assets** | |
|     Due From Paychex | 0.00 |
|   **Total Other Assets** | **$0.00** |
| **TOTAL ASSETS** | **$136,138.94** |

# MASTIHA Artisan Greek Bakery

Balance Sheet

As of August 30, 2023

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|    Current Liabilities | |
|     Accounts Payable | |
|      Accounts Payable (A/P) | 27,432.95 |
|     **Total Accounts Payable** | **$27,432.95** |
|     Credit Cards | |
|      Capital One 8168 | 18,682.26 |
|     **Total Credit Cards** | **$18,682.26** |
|     Other Current Liabilities | |
|      Direct Deposit Payable | 0.00 |
|      Farmers Market Fees Payable | 0.00 |
|      Loan - Vend Lease Company | 0.00 |
|      Loan from Members | 0.00 |
|      Loan-Leonardos Voulgarakis | 32,000.00 |
|      Loan-Shopify | 3,486.06 |
|      Loan-Square | 19,080.60 |
|      M&T Bank Line of Credit #6001 | 19,783.09 |
|      MD Sales and Use Tax Payable | 0.00 |
|      Payroll Liabilities | -987.29 |
|       DC Income Tax | 375.32 |
|       Federal Taxes (941/944) | 298.70 |
|       Federal Unemployment (940) | 74.29 |
|       Federal W/H Tax Payable | 0.00 |
|       MD Income Tax | 1,376.03 |
|       MD SUI W/H | -0.78 |
|       MD Unemployment Tax | 77.39 |
|       MD W/H Tax Payable | 0.00 |
|       Medicare W/H Tax Payable | 0.00 |
|       Social Security W/H Tax Payable | 0.00 |
|      **Total Payroll Liabilities** | **1,213.66** |
|      Sales Tax Payable | 0.00 |
|      TD Bank - Auto Loan | 0.00 |
|      Tips Payable | 0.00 |
|     **Total Other Current Liabilities** | **$75,563.41** |
|    **Total Current Liabilities** | **$121,678.62** |

# MASTIHA Artisan Greek Bakery

## Balance Sheet
As of August 30, 2023

|  | TOTAL |
|---|---:|
| Long-Term Liabilities |  |
|   Kiva Loan | 10,991.52 |
|   Loan-Leaf Capital Funding | 76,650.63 |
|   M&T Loan | -2,674.30 |
|   Paycheck Protection Program (PPP) | 45,066.00 |
|   SBA Loan | 12,000.00 |
| **Total Long-Term Liabilities** | **$142,033.85** |
| **Total Liabilities** | **$263,712.47** |
| Equity |  |
|   Opening Balance Equity | -24,964.61 |
|   Owner's Contribution | 156,473.12 |
|   Owner's withdrawals | -130,159.47 |
|   PPP SBA Funds | 34,775.00 |
|   Retained Earnings | -123,757.59 |
|   Net Income | -39,939.98 |
| **Total Equity** | **$ -127,573.53** |
| **TOTAL LIABILITIES AND EQUITY** | **$136,138.94** |