# MASTIHA Artisan Greek Bakery

## Statement of Cash Flows
### January 1 - August 30, 2023

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -39,939.98 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|   Accounts Receivable | 17,326.00 |
|   Uncategorized Asset | 61.15 |
|   Accounts Payable (A/P) | 4,871.94 |
|   Capital One 8168 | -1,140.58 |
|   Direct Deposit Payable | 0.00 |
|   Loan-Leonardos Voulgarakis | 32,000.00 |
|   Loan-Shopify | 0.00 |
|   M&T Bank Line of Credit #6001 | -3,664.74 |
|   Payroll Liabilities | -707.28 |
|   Payroll Liabilities:DC Income Tax | -16.28 |
|   Payroll Liabilities:Federal Taxes (941/944) | 298.70 |
|   Payroll Liabilities:Federal Unemployment (940) | -315.79 |
|   Payroll Liabilities:MD Income Tax | 110.20 |
|   Payroll Liabilities:MD Unemployment Tax | 68.74 |
|   Sales Tax Payable | -1,346.81 |
|   Tips Payable | -45.95 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | 47,499.30 |
| **Net cash provided by operating activities** | **$7,559.32** |
| **INVESTING ACTIVITIES** | |
|   Furniture & Equipments | -10,775.26 |
|   Leasehold Improvements | -24,572.50 |
| **Net cash provided by investing activities** | **$ -35,347.76** |
| **FINANCING ACTIVITIES** | |
|   Kiva Loan | -805.56 |
|   Loan-Leaf Capital Funding | -4,383.91 |
|   M&T Loan | -27,194.86 |
|   Owner's Contribution | 28,125.23 |
|   Owner's withdrawals | -46,640.21 |
| **Net cash provided by financing activities** | **$ -50,899.31** |
| **NET CASH INCREASE FOR PERIOD** | **$ -78,687.75** |
| Cash at beginning of period | 10,796.44 |
| **CASH AT END OF PERIOD** | **$ -67,891.31** |