# MASTIHA Artisan Greek Bakery

## Profit and Loss
### January 1 - August 30, 2023

|  | TOTAL |
|---|---:|
| **Income** | |
|   Discounts given | -68.76 |
|   Sales Income | 29,438.78 |
|   Uncategorized Income | 38,166.08 |
| **Total Income** | **$67,536.10** |
| **Cost of Goods Sold** | |
|   Cost of Goods Sold | |
|     Grocery Cost | 813.61 |
|     Other Costs - COS | |
|       Waste Removal | 1,311.04 |
|     **Total Other Costs - COS** | **1,311.04** |
|     Packing Supplies | 2,959.08 |
|     Produce Cost | 11,961.63 |
|     Supplies & Materials - COGS | 962.16 |
|   **Total Cost of Goods Sold** | **18,007.52** |
|   Merchant Fees | |
|     Farmers Market Fees | 25.00 |
|     QuickBooks Payments Fees | 0.00 |
|     Square Fees | 1,169.46 |
|   **Total Merchant Fees** | **1,194.46** |
| **Total Cost of Goods Sold** | **$19,201.98** |
| **GROSS PROFIT** | **$48,334.12** |
| **Expenses** | |
|   Automobile Expense | |
|     Gas | 83.54 |
|     Parking & Tolls | 1.30 |
|     Repair & Maintenance | 810.95 |
|   **Total Automobile Expense** | **895.79** |
|   Bank & Merchant Fees | 10.00 |
|     Bank Charges | 12,097.77 |
|     Paypal Fees | 57.38 |
|   **Total Bank & Merchant Fees** | **12,165.15** |
|   Continuing Education | 22.26 |
|   Contract Labor | 0.00 |
|   Finance Charges | 411.04 |
|   Insurance | |
|     Insurance | 889.54 |
|     Liability Insurance | 1,136.65 |
|   **Total Insurance** | **2,026.19** |

# MASTIHA Artisan Greek Bakery

## Profit and Loss
January 1 - August 30, 2023

|  | TOTAL |
|---|---:|
| Legal and Professional Fees | |
|   Accounting | 5,470.27 |
|   Consulting | 29.95 |
|   Legal Fees | 312.22 |
| **Total Legal and Professional Fees** | **5,812.44** |
| Office Expenses | |
|   Advertising & Promotion | 4,570.76 |
|   Donation | 26.50 |
|   Dues & Subscriptions | 450.00 |
|   Office Supplies | 741.20 |
|   Postage | 14.92 |
|   Rent or Lease | 12,524.54 |
|   Software Subscription | -18,939.20 |
|   Uniform | 0.00 |
|   Web Hosting Expense | 237.00 |
| **Total Office Expenses** | **-374.28** |
| Payroll Expenses | |
|   Taxes | 5,003.76 |
|   Wages | 61,915.85 |
| **Total Payroll Expenses** | **66,919.61** |
| Payroll Service Fees | 3,733.01 |
| Repair & Maintenance | |
|   Equipment Repairs | -212.31 |
| **Total Repair & Maintenance** | **-212.31** |
| Ticket Non Deduct | 14.92 |
| Travel Expenses | |
|   Meals and Entertainment | 484.88 |
|     Staff Meals | 1,347.52 |
| **Total Meals and Entertainment** | **1,832.40** |
| **Total Travel Expenses** | **1,832.40** |
| Uncategorized Expense | 24,095.86 |
| Utilities | |
|   Gas & Electric | 2,468.50 |
| **Total Utilities** | **2,468.50** |
| **Total Expenses** | **$119,810.58** |
| **NET OPERATING INCOME** | **$ -71,476.46** |
| Other Income | |
|   ERC Funds | 31,597.18 |
|   Interest Earned | 1,784.40 |

# MASTIHA Artisan Greek Bakery

## Profit and Loss
### January 1 - August 30, 2023

|  | TOTAL |
|---|---:|
| Sales Tax Discount | 0.04 |
| **Total Other Income** | **$33,381.62** |
| Other Expenses |  |
|   Interest | 1,845.14 |
|   Other Miscellaneous Expense | 0.00 |
| **Total Other Expenses** | **$1,845.14** |
| **NET OTHER INCOME** | **$31,536.48** |
| **NET INCOME** | **$ -39,939.98** |