UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:                                          *

    BAKLAVA COUTURE, LLC            *       Chapter 11
                                        Case No.:23-16755-MCR
                                     *

    Debtor-in-Possession
*   *   *   *   *   *   *   *

**MOTION TO EXTEND TIME TO FILE
CHAPTER 11 SCHEDULES, SUMMARY OF SCHEDULES,
AND STATEMENT OF FINANCIAL AFFAIRS**

Baklava Couture, LLC., the debtor and debtor-in-possession (the "Debtor"), by and through undersigned counsel, pursuant to Federal Rules of Bankruptcy Procedure 1007(c) and 9006(b)(1) files this Motion to Extend Time to File Chapter 11 Schedules, Summary of Schedules, and Statement of Financial Affairs (the "Motion") and in support thereof states as follows:

    1.    The Bankruptcy Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 1334(b) and 157(b).  This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper pursuant to 28 U.S.C. § 1409.

    2.    On September 21, 2023, (the "Petition Date"), the Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Reform Act of 1978, as amended (the "Code"). Therefore, pursuant to Fed. R. Bankr. P. 1007(c), the schedules, summary of schedules, the statement of financial affairs are due to be filed on or before October 5, 2023.  The Debtor requests a seven (7) day extension of time for reasons set forth below.

    3.    The Debtor has been unable to assemble all the necessary information and documents to finalize the Schedules and Statement of Financial Affairs.  The Debtor is in the

process of assembling the necessary information. Some information has been provided to counsel but the Debtor needs additional time to provide the remaining information to counsel. .

4.  Pursuant to Fed. R. Bankr. P. 1007(c), the Court may enter an Order extending time to file the schedules, summary of schedules, and the statement of financial affairs for good cause. The Debtor submits that cause exists as the Debtor has been attempting to collect all the information but has not yet been able to assemble all of the needed information.

5.  Creditors will not be prejudiced by this brief extension as the first meeting of creditors is not scheduled until October 16, 2023.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order that:

A.  Extends the time for filing the Chapter 11 Schedules, Summary of Schedules, and Statement of Financial Affairs through October 12, 2023; and

B.  Grants such other and further relief as justice and equity demand.

Respectfully submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt, #04678
Linda M. Dorney, #12874
**The Law Offices of Richard B. Rosenblatt, PC**
30 Courthouse Square, Suite 302
Rockville, Maryland 20852
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for Baklava Couture, LLC*

**Certificate of Service**

      I HEREBY CERTIFY that on the 6th day of October, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing, Motion to Extend Time to File Chapter 11 Schedules, Summary of Schedules, and Statement of Financial Affairs, was service via ECF on:

Office of the U.S. Trustee - Greenbelt
USTPRregion04.GB.ECF@USDOJ.GOV

Lisa Y. Stevens, Esquire
Lisa.Y.Stevens@usdoj.gov

Bradley Swallow, Esq.
bswallow@fblaw.com

                                      \s\ Richard B. Rosenblatt
                                      Richard B. Rosenblatt

Arrow Bookkeeping
8737 Colesville Road, Unit 501
Silver Spring, MD 20910

Banner Life
3275 Bennett Creek Avenue
Frederick, MD 21704

Calico Construction, Inc.
10518A Connecticut Ave, Suite 2
Kensington, MD 20895

Capital One (Spark Business)
P.O. Box 71087
Charlotte, NC 28272-1087

Cintas
P.O. Box 630803
Cincinnati, OH 45263

Comcast
20 West Gude Drive
Rockville, MD 20850

Comptroller of Maryland
110 Carroll St.
Annapolis, MD 21411

Erie Insurance
13621 Annapolis Road
Bowie, MD 20720-3800

Guardian
2227 Huntingdon Ave
Baltimore, MD 21211

```
Home Depot
Processing Center
Des Moines, IA 50364



Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201



Katerina and Lambros Georgallas
14016 Broomall Lane
Silver Spring, MD 20906



KIVA
986 Mission Street, 4th Floor
San Francisco, CA 94103



LEAF Finance
8100 Sandpiper Circle, Suite 300
Nottingham, MD 21236



Lincoln Financial Insurance
11140 Rockville Pike #640
Rockville, MD 20852



M&T Bank
c/o Bradley J. Swallow, Esq.
Funk & Bolton
100 Light Street, Suite 1400
Baltimore, MD 21202



MD SDAT
301 W Preston St,
Baltimore, MD 21201



Paypal Business Cashback Matercard
P.O. Box 530075
Atlanta, GA 30353-0075
```

```
Paypal Credit
P.O. Box 530075
Atlanta, GA 30353-0075



PEPCO
PO Box 13608
Philadelphia, PA 19101



Square
1455 Market Street, Suite 600
San Francisco, CA 94103



Sttark, Inc.
Attn: Courtney in Billing
2 Task Industrial Court
Greenville, SC 29607



ULINE
c/o ABC/Amega
500 Seneca Street, Suite 503
Buffalo, NY 14204



UPS
PO Box 7247-0244
Philadelphia, PA 19170



Washtington Gas
6801 Industrial Road
Springfield, VA 22151



Waste Management
 8101 Beechcraft Ave
Gaithersburg, MD 20879



Winterham III, LLLC
c/o William Day, Esq.
4701 Sangamore Road, Suite 100N
Bethesda, MD 20816
```