UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| BAKLAVA COUTURE, LLC | * | Chapter 11<br>Case No.:23-16755-MCR |
| | * | |
| Debtor-in-Possession | | |

\* \* \* \* \* \* \*

## NOTICE PURSUANT TO LOCAL RULE 2081-1 - CALICO CONSTRUCTION, INC.

**PLEASE TAKE NOTICE** that your claim, the claim of Calico Construction, Inc., has been scheduled as disputed in the above captioned Chapter 11 case. You have the right to file a proof of claim in this case. Failure to timely file a proof of claim may prevent you from voting on the plan or further participating in any distribution.

Respectfully submitted,

\s\ Linda M. Dorney
Richard B. Rosenblatt, #04678
Linda M. Dorney, #12874
**The Law Offices of Richard B. Rosenblatt, PC.**
30 Courthouse Square, Suite 302
Rockville, Maryland 20850
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for Baklava Couture, LLC*

## Certificate of Service

I HEREBY CERTIFY that on the 6th day of October, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing, Notice pursuant to Local Rule 2081-1 - Calico Construction, Inc., was service via ECF on:

Office of the U.S. Trustee - Greenbelt
USTPRregion04.GB.ECF@USDOJ.GOV

Lisa Y. Stevens, Esquire
Lisa.Y.Stevens@usdoj.gov

Bradley Swallow, Esq.
bswallow@fblaw.com

and by first class mail, postage pre-paid on:

Calico Construction, Inc.
10518A Connecticut Avenue, Suite 2
Kensington, Maryland 20895

\s\ Linda M. Dorney
Linda M. Dorney