UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:                                              *

     BAKLAVA COUTURE, LLC            *     Chapter 11
                                                Case No.:23-16755-MCR
                                          *

     Debtor-in-Possession
*     *     *     *     *     *     *

## NOTICE PURSUANT TO LOCAL RULE 2081-1 - GUARDIAN

**PLEASE TAKE NOTICE** that your claim, the claim of Guardian, has been scheduled as disputed in the above captioned Chapter 11 case. You have the right to file a proof of claim in this case. Failure to timely file a proof of claim may prevent you from voting on the plan or further participating in any distribution.

                                      Respectfully submitted,

                                      \s\ Richard B. Rosenblatt
                                      Richard B. Rosenblatt, #04678
                                      Linda M. Dorney, #12874
                                      **The Law Offices of Richard B. Rosenblatt, PC.**
                                      30 Courthouse Square, Suite 302
                                      Rockville, Maryland 20850
                                      (301) 838-0098
                                      rrosenblatt@rosenblattlaw.com

                                      *Counsel for Baklava Couture, LLC*

**Certificate of Service**

I HEREBY CERTIFY that on the 6th day of October, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing, Notice pursuant to Local Rule 2081-1 - Guardian, was service via ECF on:

Office of the U.S. Trustee - Greenbelt
USTPRregion04.GB.ECF@USDOJ.GOV

Lisa Y. Stevens, Esquire
Lisa.Y.Stevens@usdoj.gov

Bradley Swallow, Esq.
bswallow@fblaw.com

and by first class mail, postage pre-paid on:

Guardian
2227 Huntingdon Avenue
Baltimore, Maryland 21211

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt