IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | |
|---|---|
| BAKLAVA COUTURE, LLC<br>Debtors. | (Chapter 11<br>Case No. 23-16755 MECR |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICE**

    Owen Hare, Esquire, hereby enters his appearance as counsel of record for creditor, LEAF Capital Funding, LLC, in the above-referenced case. Pursuant to Bankruptcy Rules 2002 and 9007, it is hereby requested that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and e-mail set forth below:

Owen Hare,  Esquire
Friedman, Framme & Thrush, P.A.
10461 Mill Run Circle, Ste. 550
Owings Mills, MD 21117
(410) 559-9000
ohare@fftlaw.com

    The foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices and copies of any applications, motions, petitions, pleadings, and complaints filed in the above case which affect the Debtor, property of the Debtor and the estate.

Dated:       November 9, 2023                     /s/Owen Hare
                                                               Owen Hare
                                                               MD Federal Bar #17924
                                                               Friedman, Framme & Thrush, P.A.
                                                               10461 Mill Run Circle, Ste. 550
                                                               Owings Mills, MD 21117
                                                               (410) 559-9000
                                                               ohare@fftlaw.com
                                                               Counsel for LEAF Capital Funding, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November 2023, a copy of the foregoing Notice of Appearance of Counsel and Request for Notice, was sent via CM/ECF to the following:

- **Richard B. Rosenblatt**   rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com;sgonzalez@rosenblattlaw.com;wilbertrr41309@notify.bestcase.com
- **Lisa Yonka Stevens**   lisa.y.stevens@usdoj.gov
- **Bradley J. Swallow**   bswallow@fblaw.com, bswallow@fblaw.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Owen Hare
Owen Hare