**Baldava Couture LLC**
**District of Maryland**
**23-16755**
**COMMERCIAL BAKERY - 311812**

## 1. Questionnaire

### Exhibit A

| | Explanation |
|---|---|
| If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A. | |
| 3. Have you paid all of your bills on time? | All except for Payroll Taxes which bounced in the M&T Bank account |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | DIP account was just opened at the end of the month |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | CH11 filing was late in the month, had not paid dues yet |

### Exhibit B

| | Explanation |
|---|---|
| If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B. | |
| 10. Do you have any bank accounts open other than the DIP accounts? | Yes, Square Checking (different from Square POS Balance), M&T Bank still opened |

## 2. Summary of Cash Activity for All Accounts

| | 9/21/2023 | TOTAL |
|---|---|---|
| 19. Total Opening Balance of All Accounts | | $336.00 |

### Exhibit C

*All cash received even if not deposited, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on behalf of the business. Do not attach bank statements in lieu of this Exhibit.*

| | SQUARE | M&T BANK | SANDY SPRING BANK (DIP) |
|---|---|---|---|
| Cash Received | $6.25 | $677.17 | $0.00 |
| Collection on Receivables (Invoices "Other") | $0.00 | $0.00 | $0.00 |
| Credit Card Deposits | $2,689.92 | $0.00 | $0.00 |
| Gift Card Purchases | $0.00 | $0.00 | $0.00 |
| Cash Received from Other Parties | $0.00 | $0.00 | $0.00 |
| Loans Received from Other Parties | $0.00 | $0.00 | $0.00 |
| Gifts Received from Other Parties | $0.00 | $0.00 | $50.00 |
| Payments Made by Other Parties | $0.00 | $0.00 | $0.00 |
| Sub-Totals | $2,696.17 | $677.17 | $50.00 |
| 20. Total Cash Receipts | $3,423.34 | | |

### Exhibit D

*All payments made in the month, date paid, payee, purpose, amount. Include all cash payments, debit card transactions, checks issued (even if not cleared), outstanding checks issued before bankruptcy filing that were allowed to clear this month, payments made by other parties on business behalf. Do not attach bank statements in lieu of this Exhibit.*

| DATE | DETAILS | AMOUNT | ACTIVITY TYPE | PURPOSE |
|---|---|---|---|---|
| **SQUARE** | | | | |
| 9/30/2023 | Baldor Specialty Foods | -$1,105.93 | Card spend - Katerina Geo | COGS/INGREDIENTS |
| 9/30/2023 | Instacart | -$90.27 | Card spend - Katerina Geo | COGS/INGREDIENTS |
| 9/29/2023 | Instacart | -$78.35 | Card spend - Katerina Geo | COGS/INGREDIENTS |
| 9/28/2023 | Webstaurant Store | -$104.94 | Card spend - Katerina Geo | SUPPLIES/MATERIALS |
| 9/26/2023 | Bill payment to Meraki Muse | -$512.50 | Transfers | MARKETING SERVICE/MATERIALS |
| 9/26/2023 | Square Payroll | -$1,405.43 | Transfers | PAYROLL |
| 9/26/2023 | Baldor Specialty Foods | -$533.12 | Card spend - Katerina Geo | COGS/INGREDIENTS |

## M&T BANK

| Date | Details | Amount | Activity Type | COGS/Ingredients |
|---|---|---|---|---|
| 9/25/2023 | Bill payment to Manoli Olive Oil | -$500 | Transfers | |
| 9/24/2023 | Outgoing check to M. Torres | -$519.36 | Transfer out | PAYROLL |
| 9/24/2023 | ERIE INS GROUP ERIEXPSPAY | -$271.55 | Transfer out | INSURANCE (GENERAL) |
| 9/23/2023 | Outgoing check to The Sign Shop | -$206.70 | Transfer out | SUPPLIES/MATERIALS |
| 9/23/2023 | 4t Kitchen Commerc | -$175 | Card spend - Katerina Geo | SERVICE/REPAIR |
| 9/21/2023 | GoDaddy | -$259.15 | Card spend - Katerina Geo | WEBSITE DOMAIN |
| | Sub-Total | -$5,762.30 | | |
| 9/21/2023 | WEB XFER TO CHK 0000989071252S | -$663.45 | Transfer out | FUNDS TRANSFER TO CATERING ACCOUNT (To remove any available funds the day of bankruptcy filing until further negotiations were made with M&T SBA) |
| 9/25/2023 | Square Inc PAYR TAX T3GT6YGAQH7D04K | -$11.92 | Transfer out | PAYROLL TAXES |
| 9/25/2023 | Square Inc PAYR TAX T3CFX7D1LVYS93Y | -$66.72 | Transfer out | PAYROLL TAXES |
| 9/26/2023 | IRS USATAXPYMT 227366974003140 | -$239.02 | Transfer out | IRS TAXES |
| 9/26/2023 | OVERDRAFT FEE -Square Inc PAYR TAX | -$36.00 | Overdraft Fee | OVERDRAFT |
| 9/26/2023 | OVERDRAFT FEE -Square Inc PAYR TAX | -$36.00 | Overdraft Fee | OVERDRAFT |
| 9/27/2023 | Square Inc PAYR TAX T30V5G0RDHSK8Y5 | -$9.22 | Transfer out | PAYROLL TAXES |
| 9/27/2023 | Square Inc PAYR TAX T3NMZ506YDG0PDE | -$104.21 | Transfer out | PAYROLL TAXES |
| 9/28/2023 | IRS USATAXPYMT 227367174000008 | -$324.72 | Transfer out | IRS TAXES |
| | Sub-Total | -$1,491.26 | | |

## SANDY SPRING BANK (DIP)

| Date | Details | Amount | Activity Type | |
|---|---|---|---|---|
| Sept 21–Sept 30 | | $0.00 | | |
| | Sub-Total | $0.00 | | |

| | | | | |
|---|---|---|---|---|
| 21. Total Cash Disbursements | | -$7,253.56 | | |
| 22. Net Cash Flow  Subtract 21 from 20 | | -$3,830.22 | | |
| 23. Cash On Hand at the End of the Month  Add 22 + 19 | | -$3,494.22 | | |

## 3. Unpaid Bills

**Exhibit E**

All debts (including taxes) which you have incurred since the date bankruptcy was filed but have not paid. Include the date the debt was incurred, who is owed the money, the purpose of the debt, when the debt is due.

| DATE | DETAILS | AMOUNT | ACTIVITY TYPE | PURPOSE |
|---|---|---|---|---|
| Sept 21–Sept 30 | WOODMONT PROPERTIES | $0.00 | | RENT |
| Sept 21–Sept 30 | PEPCO | $0.00 | | UTILITY |
| Sept 21–Sept 30 | WASHINGTON GAS | $0.00 | | UTILITY |
| Sept 21–Sept 30 | WM WASTE MANAGEMENT | $0.00 | | TRASH SERVICE |
| Sept 21–Sept 30 | COMCAST | $0.00 | | INTERNET |
| Sept 21–Sept 30 | CINTAS | $0.00 | | UNIFORMS |
| Sept 21–Sept 30 | ERIE ULTRAPACK | $0.00 | | INSURANCE (GENERAL) |
| Sept 21–Sept 30 | ERIE WORKERS COMP | $0.00 | | INSURANCE (EMPLOYEES) |
| Sept 21–Sept 30 | ERIE AUTO | $0.00 | | INSURANCE (COMPANY VEHICLE) |
| Sept 21–Sept 30 | BANNER LIFE | $0.00 | | LIFE INSURANCE (FOR SBA) |
| Sept 21–Sept 30 | LINCOLN FINANCIAL | $0.00 | | SHORT TERM DISABILITY COVERAGE |
| Sept 21–Sept 30 | SQUARE | $0.00 | | SERVICE |
| Sept 21–Sept 30 | IRS USATAXPYMT | $485.10 | | PAYROLL TAXES |
| Sept 21–Sept 30 | MDAT PAYR TAX | $192.07 | | PAYROLL TAXES |
| 24. Total Payables | | $677.17 | | |

| 4. Money Owed to You | | TOTAL | | |
|---|---|---|---|---|
| Exhibit F | | | | |
| All amounts owed to the business by customers for work done or merchandise sold. Include amounts owed (before and after bankruptcy). Identify who owes money, how much is owed, when payment is due. | | | | |
| | DUE DATE | VENDOR / CUSTOMER | AMOUNT OWED (BEFORE) | AMOUNT OWED (AFTER) |
| | Sept 21–Sept 30 | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| 25. Total Receivables | | $0.00 | | |

# M&T Bank

FOR INQUIRIES CALL:   CUSTOMER ASSET MANAGEMENT
                      (800) 724-2240

                                            00    0 01228M NM  017

000000                                           N

BAKLAVA COUTURE, LLC
DBA MASTIHA/ARTISAN GREEK BAKERY
14016 BROOMALL LN
SILVER SPRING MD 20906

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9878508697 | 09/01/23 - 09/30/23 |
| BEGINNING BALANCE | $13.66 |
| DEPOSITS & CREDITS | 7,872.71 |
| LESS CHECKS & DEBITS | 8,036.99 |
| LESS SERVICE CHARGES | 0.02 |
| ENDING BALANCE | ($150.64) |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2023 | BEGINNING BALANCE | | | $13.66 |
| 09/05/2023 | Square Inc SQ230904    T3X0FPQZMF52V7D | | $35.00 | |
| 09/05/2023 | Square Inc SQ230904    T38F4RGHCYVETNX | | 45.00 | |
| 09/05/2023 | Square Inc SQ230904    T3RZSHWY1H97KGA | | 83.00 | |
| 09/05/2023 | Square Inc SQ230904    T3NQNAFQWPVYA77 | | 90.00 | (239.34) |
| 09/06/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | $45.00 | | |
| 09/06/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 83.00 | | |
| 09/06/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 90.00 | | |
| 09/06/2023 | OVERDRAFT FEE    -Square Inc SQ230904 | | 36.00 | (57.34) |
| 09/11/2023 | Square Inc SQ230911    T39ZP9YN970QYX7 | | 45.00 | |
| 09/11/2023 | Square Inc SQ230911    T3CB5SXG8WZW1C8 | | 83.00 | |
| 09/11/2023 | Square Inc SQ230911    T3VYPXRRBKR005F | | 90.00 | |
| 09/11/2023 | SERVICE CHARGE FOR ACCOUNT 000009878508697 | | 0.02 | (275.36) |
| 09/12/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 45.00 | | |
| 09/12/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 83.00 | | |
| 09/12/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 90.00 | | |
| 09/12/2023 | Square Inc PAYR TAX    T39WJNFZFW5KGR5 | | 16.87 | |
| 09/12/2023 | Square Inc PAYR TAX    T38ZH5EDREJPASM | | 17.67 | |
| 09/12/2023 | Square Inc PAYR TAX    T3XNN1K6DXHK27Y | | 180.81 | |
| 09/12/2023 | Square Inc PAYR TAX    T3F50DS4YBZXAJZ | | 204.19 | (476.90) |
| 09/13/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 16.87 | | |
| 09/13/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 17.67 | | |
| 09/13/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 180.81 | | |
| 09/13/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 204.19 | | |
| 09/13/2023 | IRS USATAXPYMT    227365674014200 | | 528.48 | |
| 09/13/2023 | IRS USATAXPYMT    227365674013812 | | 627.32 | (1,213.16) |
| 09/14/2023 | WorkSource Montg Bill.com  016DFETMF2S2JLT | 5,000.00 | | |
| 09/14/2023 | WASHINGTON GAS PAYMENT    210004135500 | | 337.36 | |
| 09/14/2023 | OVERDRAFT FEE    -IRS USATAXPYMT | | 36.00 | |
| 09/14/2023 | OVERDRAFT FEE    -IRS USATAXPYMT | | 36.00 | 3,377.48 |
| 09/15/2023 | Square Inc Payroll    T387DCF6K124TFJ | | 16.87 | |
| 09/15/2023 | Square Inc Payroll    T3DFQWRXF632R4P | | 17.67 | 3,342.94 |
| 09/18/2023 | SQ *TRANSFER TO SQU  877-417-4551 | | 2,000.00 | |
| 09/18/2023 | AppFolio, Inc. F WEB PMTS   BN0XB8 | | 2.49 | |
| 09/18/2023 | Square Inc PAYR TAX    T3HRYYRYRRG3NSC | | 11.71 | |

# M&T Bank

| FOR INQUIRIES CALL: | CUSTOMER ASSET MANAGEMENT |
|---|---|
| | (800) 724-2240 |

| ACCOUNT TYPE |
|---|
| M&T SIMPLE CHECKING FOR BUSINESS |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9878508697 | 09/01/23 - 09/30/23 |

BAKLAVA COUTURE, LLC
DBA MASTIHA/ARTISAN GREEK BAKERY

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/18/2023 | Square Inc SQ230918         T3HC2RN5MHY3MHX | | 45.00 | |
| 09/18/2023 | Square Inc SQ230918         T3BKFXAKKVMJDVS | | 83.00 | |
| 09/18/2023 | Square Inc PAYR TAX        T3QAYV296BVNY8J | | 84.07 | |
| 09/18/2023 | Square Inc SQ230918         T3VDD7B5DFGV8GN | | 90.00 | |
| 09/18/2023 | *LINCOLN NATLIFE PREMPAYMNT 1738294 | | 115.88 | |
| 09/18/2023 | Woodmont Propert WEB PMTS   HG0XB8 | | 1,340.00 | (429.21) |
| 09/19/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 1,340.00 | | |
| 09/19/2023 | IRS USATAXPYMT            227366274001722 | | 247.34 | 663.45 |
| 09/21/2023 | WEB XFER TO CHK  00009890712525 | | 663.45 | 0.00 |
| 09/25/2023 | Square Inc PAYR TAX       T3GT6YGAQH7D04K | | 11.92 | |
| 09/25/2023 | Square Inc PAYR TAX       T3CFX7DJ1VYS93Y | | 66.72 | (78.64) |
| 09/26/2023 | IRS USATAXPYMT            227366974003140 | | 239.02 | |
| 09/26/2023 | OVERDRAFT FEE      -Square Inc PAYR TAX | | 36.00 | |
| 09/26/2023 | OVERDRAFT FEE      -Square Inc PAYR TAX | | 36.00 | (389.66) |
| 09/27/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 239.02 | | |
| 09/27/2023 | Square Inc PAYR TAX       T30V5G0RDHSK8Y5 | | 9.22 | |
| 09/27/2023 | Square Inc PAYR TAX       T3NMZ506YDG0PDE | | 104.21 | (264.07) |
| 09/28/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 9.22 | | |
| 09/28/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 104.21 | | |
| 09/28/2023 | IRS USATAXPYMT            227367174000008 | | 324.72 | (475.36) |
| 09/29/2023 | REVERSE PREAUTHORIZED WITHDRAWAL | 324.72 | | (150.64) |
| | NUMBER OF DEPOSITS/CHECKS PAID | 16 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT, COMPLETE STEPS 1, 2, & 3.

**STEP 1** — Place a checkmark ( ✓ ) beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — Add to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — Subtract from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — List any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS ||
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS ||
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — Enter on this line the Ending Balance shown in the summary on the front of this statement.   $

**STEP 6** — Enter the total of any deposits or other credits shown on your register which are not shown on this statement.   $

**STEP 7** — Enter the total of STEPS 5 & 6.   $

**STEP 8** — Enter TOTAL OUTSTANDING CHECKS & DEBITS (from STEP 4).   $

**STEP 9** — Subtract STEP 8 from STEP 7 and enter the difference here.   $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 6am – 6pm ET.


M&T Bank

L018 (11/16)   ©2016 M&T Bank, Member FDIC.

**Square**

Square Checking
Routing number: 041215663
Account number: •••8355

## Checking Statement
September 01 - September 30, 2023

MASTIHA Bakery
2387 Lewis Ave
Rockville, MD 20851

| | | | |
|---|---|---|---|
| **Location** | **Starting Balance** | **Activities** | **Ending Balance** |
| MASTIHA Bakery | $336 | 67 | $943.67 |

**Starting balance**
The starting balance on the account on September 01, 2023.

**Payment processing (credits & debits)**
The net amount of payment processing credits & debits during the period.

**Square Debit Card**
The net amount of Square Debit Card spend, refunds, ATM withdrawals, & other activity.

**Transfers (and related activity)**
The net amount of all inbound and outbound transfers.

**Ending balance**
The ending balance on the account on September 30, 2023.

| | |
|---|---|
| Starting balance | $336 |
| Payment processing | +$6,364.17 |
| Square Debit Card | -$5,329.44 |
| Transfers | +$3,322.47 |
|   Transfers out | -$4,937.53 |
|   Instant Transfer fees | +$0 |
|   Transfers in | +$8,260 |
| Payroll | -$2,737.03 |
| Bill Payments | -$1,012.50 |
| Ending balance | $943.67 |

Block Inc.
1955 Broadway, Suite 815
Oakland, CA 94612

squareup.com/help

(855) 700-6000
Available 9am - 5pm PST

| Date | Details | Activity type | Amount | Balance |
|---|---|---|---|---|
| 09/30/2023 | 13 Activities | Sales | $498.83 | $943.67 |
| 09/30/2023 | Baldor Specialty Foods | Card spend · Katerina Georgallas 8570 | -$1,105.93 | $444.84 |
| 09/30/2023 | Instacart | Card spend · Katerina Georgallas 8570 | -$90.27 | $1,550.77 |
| 09/29/2023 | 8 Activities | Sales | $234.99 | $1,641.04 |
| 09/29/2023 | Instacart | Card spend · Katerina Georgallas 8570 | -$78.35 | $1,406.05 |
| 09/28/2023 | 7 Activities | Sales | $209 | $1,484.40 |
| 09/28/2023 | Webstaurant Store | Card spend · Katerina Georgallas 8570 | -$104.94 | $1,275.40 |
| 09/27/2023 | Card payment | Sales | $232.74 | $1,380.34 |
| 09/26/2023 | Bill payment | Transfers | -$512.50 | $1,147.60 |
| 09/26/2023 | Square Payroll | Transfers | -$1,405.43 | $1,660.10 |
| 09/26/2023 | Baldor Specialty Foods | Card spend · Katerina Georgallas 8570 | -$533.12 | $3,065.53 |
| 09/25/2023 | RAINFORESTDIST 0922B101C | Transfer in | $3,030 | $3,598.65 |
| 09/25/2023 | Bill payment | Transfers | -$500 | $568.65 |
| 09/25/2023 | Check transfer in | Transfer in | $530 | $1,068.65 |
| 09/24/2023 | Outgoing check | Transfer out | -$519.36 | $538.65 |
| 09/24/2023 | ERIE INS GROUP ERIEXPSPAY | Transfer out | -$271.55 | $1,058.01 |
| 09/24/2023 | Card payment | Sales | $174.48 | $1,329.56 |
| 09/23/2023 | 6 Activities | Sales | $168.79 | $1,155.08 |
| 09/23/2023 | Outgoing check | Transfer out | -$206.70 | $986.29 |
| 09/23/2023 | 9 Activities | Sales | $368.45 | $1,192.99 |
| 09/23/2023 | 4t Kitchen Commerc | Card spend · Katerina Georgallas 8570 | -$175 | $824.54 |
| 09/22/2023 | 25 Activities | Sales | $662.31 | $999.54 |
| 09/21/2023 | 3 Activities | Sales | $60.04 | $337.23 |
| 09/21/2023 | GoDaddy | Card spend · Katerina Georgallas 8570 | -$259.15 | $277.19 |

Block Inc.  
1955 Broadway, Suite 815  
Oakland, CA 94612

squareup.com/help

(855) 700-6000  
Available 9am - 5pm PST

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 09/20/2023 | Dawson's Market | Card spend · Katerina Georgallas 8570 | -$80.12 | $536.34 |
| 09/20/2023 | GoDaddy | Card spend · Katerina Georgallas 8570 | -$26.45 | $616.46 |
| 09/19/2023 | Outgoing check | Transfer out | -$300.99 | $642.91 |
| 09/19/2023 | Baldor Specialty Foods | Card spend · Katerina Georgallas 8570 | -$300.30 | $943.90 |
| 09/18/2023 | Baldor Specialty Foods | Card spend · Katerina Georgallas 8570 | -$307.44 | $1,244.20 |
| 09/17/2023 | Square Payroll | Transfers | -$1,331.60 | $1,551.64 |
| 09/16/2023 | 11 Activities | Sales | $327.09 | $2,883.24 |
| 09/15/2023 | 9 Activities | Sales | $260.35 | $2,556.15 |
| 09/15/2023 | Transfer in | Transfer in | $2,000 | $2,295.80 |
| 09/15/2023 | Card payment | Sales | $15.97 | $295.80 |
| 09/15/2023 | Waste Mgmt Wm Ezpay | Card spend · Katerina Georgallas 8570 | -$225.03 | $279.83 |
| 09/14/2023 | 3 Activities | Sales | $70.88 | $504.86 |
| 09/14/2023 | Prose R | Card spend · Katerina Georgallas 8570 | -$57.67 | $433.98 |
| 09/13/2023 | 22 Activities | Sales | $404.67 | $491.65 |
| 09/13/2023 | Outgoing check | Transfer out | -$392 | $86.98 |
| 09/13/2023 | Transfer in | Transfer in | $400 | $478.98 |
| 09/13/2023 | Outgoing check | Transfer out | -$280 | $78.98 |
| 09/13/2023 | Transfer in | Transfer in | $300 | $358.98 |
| 09/12/2023 | Card payment | Sales | $58.14 | $58.98 |
| 09/11/2023 | Outgoing check | Transfer out | -$1,438 | $0.84 |
| 09/11/2023 | Outgoing check | Transfer out | -$1,147.79 | $1,438.84 |
| 09/11/2023 | Transfer in | Transfer in | $2,000 | $2,586.63 |
| 09/11/2023 | Webstaurant Store | Card spend · Katerina Georgallas 8570 | -$333.46 | $586.63 |
| 09/10/2023 | Baldor Specialty Foods | Card refund · Katerina Georgallas 8570 | $76.79 | $920.09 |
| 09/10/2023 | Ryze, Inc | Card spend · Katerina Georgallas 8570 | -$36 | $843.30 |
| 09/10/2023 | Ryze, Inc | Card spend · Katerina Georgallas 8570 | -$60 | $879.30 |

Block Inc.
1955 Broadway, Suite 815
Oakland, CA 94612

squareup.com/help

(855) 700-6000
Available 9am - 5pm PST

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 09/09/2023 | 10 Activities | Sales | $303.81 | $939.30 |
| 09/09/2023 | Potomac Electric Power | Card spend · Katerina Georgallas 8570 | -$505.95 | $635.49 |
| 09/09/2023 | Baldor Specialty Foods | Card spend · Katerina Georgallas 8570 | -$496.11 | $1,141.44 |
| 09/08/2023 | 4 Activities | Sales | $1,515.30 | $1,637.55 |
| 09/08/2023 | 9 Activities | Sales | $129.78 | $122.25 |
| 09/08/2023 | Sp Sillydoggo | Card spend · Katerina Georgallas 8570 | -$45.94 | -$7.53 |
| 09/07/2023 | COMCAST 8299420 651571369 | Transfer out | -$131.14 | $38.41 |
| 09/07/2023 | 2 Activities | Sales | $51.66 | $169.55 |
| 09/06/2023 | 2 Activities | Sales | $58.72 | $117.89 |
| 09/06/2023 | Baldor Specialty Foods | Card spend · Katerina Georgallas 8570 | -$413.96 | $59.17 |
| 09/06/2023 | DoorDash | Card spend · Katerina Georgallas 8570 | -$44.30 | $473.13 |
| 09/04/2023 | HOME DEPOT AUTO PYMT | Transfer out | -$250 | $517.43 |
| 09/04/2023 | Card payment | Sales | $56.19 | $767.43 |
| 09/02/2023 | 4 Activities | Sales | $229.27 | $711.24 |
| 09/01/2023 | 10 Activities | Sales | $272.71 | $481.97 |
| 09/01/2023 | GSUITE_mastihabak | Card spend · Katerina Georgallas 8570 | -$101.74 | $209.26 |
| 09/01/2023 | Groomingville | Card spend · Katerina Georgallas 8570 | -$25 | $311 |

Block Inc.
1955 Broadway, Suite 815
Oakland, CA 94612

squareup.com/help

(855) 700-6000
Available 9am - 5pm PST