IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:                                                 *

    BAKLAVA COUTURE, LLC            *       Chapter 11
                                                              Case No.:23-16755-MCR
                                                  *

        Debtor-in-Possession
\*    \*    \*    \*    \*    \*    \*    \*

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Schedule A/B Property**
**Statement of Financial Affairs**

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1099(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: December 28, 2023        /s/ Richard B. Rosenblatt
                                                            Richard B. Rosenblatt #04678
                                                            **The Law Office of Richard B. Rosenblatt, P.C.**
                                                            30 Courthouse Square, Suite 302
                                                            Rockville, Maryland 20850
                                                            office: 301-838-0098
                                                           fax: 301-838-3498
                                                           rrosenblatt@rosenblattlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 28th day of December, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the attached Amendment to A/B and Amended Statement of Financial Affairs, was served electronically by the Court's CM/ECF system on the following:

Office of the U.S. Trustee - Greenbelt
USTPRregion04.GB.ECF@USDOJ.GOV

Lisa Y. Stevens, Esquire
Lisa.Y.Stevens@usdoj.gov

Bradley Swallow, Esq.
bswallow@fblaw.com

**I HEREBY FURTHER CERTIFY** that on the 28th day of December, 2023, a copy of the attached Amendment to A/B and Amended Statement of Financial Affairs, was also mailed first class mail, postage prepaid to the creditors listed on the attached matrix.

Date: December 28, 2023          /s/ Richard B. Rosenblatt
                                 Richard B. Rosenblatt #04678
                                 **The Law Office of Richard B. Rosenblatt, P.C.**
                                 30 Courthouse Square, Suite 302
                                 Rockville, Maryland 20850
                                 office: 301-838-0098
                                 fax: 301-838-3498
                                 rrosenblatt@rosenblattlaw.com