Arrow Bookkeeping
8737 Colesville Road, Unit 501
Silver Spring, MD 20910


Banner Life
3275 Bennett Creek Avenue
Frederick, MD 21704


Calico Construction, Inc.
10518A Connecticut Ave, Suite 2
Kensington, MD 20895


Capital One (Spark Business)
P.O. Box 71087
Charlotte, NC 28272-1087


Cintas
P.O. Box 630803
Cincinnati, OH 45263


Comcast
20 West Gude Drive
Rockville, MD 20850


Comptroller of Maryland
110 Carroll St.
Annapolis, MD 21411


Erie Insurance
13621 Annapolis Road
Bowie, MD 20720-3800


Guardian
2227 Huntingdon Ave
Baltimore, MD 21211

```
Home Depot
Processing Center
Des Moines, IA 50364


Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201


Katerina and Lambros Georgallas
14016 Broomall Lane
Silver Spring, MD 20906


KIVA
986 Mission Street, 4th Floor
San Francisco, CA 94103


LEAF Finance
8100 Sandpiper Circle
Suite 300
Nottingham, MD 21236


Lincoln Financial Insurance
11140 Rockville Pike #640
Rockville, MD 20852


M&T Bank
c/o Bradley J. Swallow, Esq.
Funk & Bolton
100 Light Street, Suite 1400
Baltimore, MD 21202


MD SDAT
301 W Preston St,
Baltimore, MD 21201


Paypal Business Cashback Matercard
P.O. Box 530075
Atlanta, GA 30353-0075
```

Paypal Credit
P.O. Box 530075
Atlanta, GA 30353-0075


PEPCO
PO Box 13608
Philadelphia, PA 19101


Square
1455 Market Street, Suite 600
San Francisco, CA 94103


Sttark, Inc.
Attn: Courtney in Billing
2 Task Industrial Court
Greenville, SC 29607


ULINE
c/o ABC/Amega
500 Seneca Street, Suite 503
Buffalo, NY 14204


UPS
PO Box 7247-0244
Philadelphia, PA 19170


Washtington Gas
6801 Industrial Road
Springfield, VA 22151


Waste Management
 8101 Beechcraft Ave
Gaithersburg, MD 20879


Winterham III, LLLC
c/o William Day, Esq.
4701 Sangamore Road, Suite 100N
Bethesda, MD 20816